**FILED**

JAN 2 3 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Samsung Galaxy Note 8 IMEI: 352076093150252;<br><br>Samsung Galaxy S9 IMEI: 354267093540166; and<br><br>Samsung Tablet Serial Number R52K60H994V | MJ 19- *12* -BLG-TJC<br><br>ORDER SEALING AFFIDAVIT IN SUPPORT OF SEARCH AND SEIZURE WARRANT AND APPLICATION FOR SEARCH AND SEIZURE WARRANT |

Pending before the Court is the motion of the United States to seal the affidavit in support of the search and seizure warrant and the application for the search and seizure warrant. For good cause,

IT IS ORDERED that the motion to seal is **GRANTED**.

DATED this _23_ day of January, 2019.

TIMOTHY J. CAVAN
United States Magistrate Judge